UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR PAYANO,

                Plaintiff,

        v.

CRESTON HILLS 26 LLC and WEBSTER
26 LLC,

                Defendants.

25-CV-7248 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 3, 2025, Plaintiff filed an affidavit of service stating that Defendants Creston Hills 26 LLC and Webster 26 LLC were served on September 3, 2025. *See* Dkt. No. 5. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by January 5, 2026. If Defendants fail to do so, and Plaintiff intends to move for default judgment, it shall do so by January 16, 2026.

Plaintiff shall serve a copy of this Order on Defendants by December 19, 2025 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    December 17, 2025
           New York, New York

                                    Ronnie Abrams
                                  United States District Judge