UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR PAYANO,

                    Plaintiff,

          v.

CRESTON HILLS 26 LLC and WEBSTER
26 LLC,

                    Defendants.

25-CV-7248 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 19, 2025, Plaintiff filed an affidavit of service stating that Defendants were served that same day. Defendants' answer was due on January 5, 2026. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by February 20, 2026. If Defendants fail to do so, and Plaintiff intends to move for default judgment, they shall do so by March 13, 2026.

Plaintiff shall serve a copy of this Order on Defendants by February 17, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:     February 12, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge