# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                     Web: www.abdulhassan.com

**March 12, 2026**

**Via ECF**                                                    Application granted.

Hon. Ronnie Abrams, USDJ                            SO ORDERED.
United States District Court, SDNY
500 Pearl Street                                            _____
New York, NY 10007-1312                            Hon. Ronnie Abrams
                                                                    March 13, 2026

**Re: Payano v. Creston Hills 26 LLC et al**
**Case #: 25-CV-07248 (RA)(GS)**
**Motion for Extension of Time**

Dear Judge Abrams:

My firm represents plaintiff Victor Payano ("Plaintiff"), in the above-referenced action and I respectfully write to request a brief two-week extension of the March 13, 2026 deadline for Plaintiff to file his motion for default judgment. This request is being made because the additional time is needed to finalize the papers/final client review and to give the Defendants another chance to appear and resolve the case.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Victor Payano*

1