# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                  Web: www.abdulhassan.com

                          **March 27, 2026**          Application granted. **No further adjournments will be granted.**

**Via ECF**
                                                            SO ORDERED.

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
500 Pearl Street                                            _____
New York, NY 10007-1312                          Hon. Ronnie Abrams
                                                            March 30, 2026

              <u>Re: Payano v. Creston Hills 26 LLC et al</u>
                    **Case #: 25-CV-07248 (RA)(GS)**
                    **Motion for Extension of Time**

Dear Judge Abrams:

     My firm represents plaintiff Victor Payano ("Plaintiff"), in the above-referenced action and I respectfully write to request a brief two-week extension of the March 27, 2026 deadline for Plaintiff to file his motion for default judgment. This request is being made because some additional time is needed for Plaintiff whose first language is not English to review the papers and to finalize the motion papers for filing. Once prior request for an extension of this deadline was made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Victor Payano*

1