**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Victor Payano,<br>Plaintiff,<br><br>-v-<br><br>Creston Hills 26 LLC, and<br>Webster 26 LLC,<br><br>Defendants. | **Civil Action #: 25-CV-07248 (RA)(GS)**<br><br>**DEFAULT JUDGMENT AND ORDER**<br>**(~~Proposed~~)** |

This matter having been commenced by Plaintiff against defendants Creston Hills 26 LLC, and Webster 26 LLC on August 30, 2025 (ECF No. 1), the Court finds as follows:

1. The summons and complaint were duly served on defendants Creston Hills 26 LLC, and Webster 26 LLC (collectively "Defendants") on September 3, 2025 and proofs of service were filed on September 3, 2025. (See ECF No. 5)

2. To date Defendants, have not served or filed an answer to the complaint or filed a notice of appearance in this case.

3. On January 16, 2026 Plaintiff filed a Request to the Clerk of the Court for Certificates of Default against Defendants. (ECF No. 8-12).

4. The Clerk of this Court acknowledged and entered Defendants' default on January 21, 2026. (ECF No. 13-14).

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendants and in favor of Plaintiff.

~~i. For total damages in the amount of $576,610.~~

Dated: August 3, 2026
New York, NY

Hon. Ronnie Abrams, USDJ
United States District Judge

Having entered a default judgment in favor of Plaintiff on May 29, 2026, this case is referred to Magistrate Judge Stein for an inquest on damages.

SO ORDERED.

Hon. Ronnie Abrams
August 3, 2026